**IN THE UNITED STATES DISTRICT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| JONES, JESSICA K., et al., | ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiffs, | ) | NO.: CV-00-331 DSD/JMM |
| | ) | |
| v. | ) | |
| | ) | |
| LOUGHLIN, STEVEN C., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

COME NOW, Plaintiffs by and through their counsel of record, and Defendant Janet Gibson Minks, pro se, and hereby stipulate and agree that the time for Janet Gibson Minks to file an answer or otherwise respond to the Complaint is extended up to and through May 26, 2000. The parties are engaged in settlement discussions and require this additional time to further settlement efforts.

SO ORDERED this 25 day of April, 2000.

The Hon. ~~David S. Doty, Judge~~
United States ~~District~~ Court

APR 26 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

STIPULATED AND AGREED TO BY:

FABYANSKE, WESTRA & HART,
P.A.,

By:______________________________
Kyle Hart
Minnesota Bar No. 159025
Aaron Dean
Minnesota Bar No. 243954
920 Second Avenue, South
Suite 1100
Minneapolis, MN 55402
(612) 338-0115

ADELBERG, RUDOW, DORF, HENDLER
& SAMETH, LLC
Andrew Radding
Andrea S. Baker
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 539-5195
Attorneys for Plaintiffs

By:______________________________
Janet Gibson Minks,
Individually, Pro Se
3617 Gaitland Circle
Flower Mound, Texas 75022
(972) 393-3311

**minks\united states district court\pleads\extension of time order**