**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

**NOTICE TO COUNSEL**

Civil Case No. 00-331 (DSD/JMM)

Jones
v.
Loughlin

**IN RE: Notice of Reassignment of Magistrate Judge - NEW 00-331 (DSD/SRN)**

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above entitled case to **U. S. District Court Magistrate Judge Susan Richard Nelson** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this reassignment, please direct your inquiries to Beverly Riches at 651-848-1200..

**DATED:** JUN 14 2000

Francis E. Dosal
**Francis E. Dosal, Clerk**

Filed JUN 14 2000
Judgment entered
Deputy Clerk VEM

9