UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jessica K. Jones, et al.,

Plaintiffs,

v.

Stephen C. Loughlin, et al.

Defendants.

Civil 00-331 DSD/SRN

**ORDER**

---

Whereas, the Court has received a motion by Fabaynske, Westra & Hart, P.A. ("FWH") to withdraw as local counsel for Plaintiffs in the above-captioned matter,

IT IS HEREBY ORDERED that:

1. A hearing on this matter [#12] will held before United States Magistrate Judge Susan Richard Nelson on July 20, 2000, at 9:30 a.m, in Courtroom C, Room 230, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota. Motion by Plaintiff's counsel to file a confidential in camera Letter Brief will also be considered.

DATED: July 6, 2000

Susan Richard Nelson
United States Magistrate Judge

FILED JUL 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK