**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**JESSICA JONES, JOSEPH ANTHONY, LORRAINE BRATTON, EDDIE CANTU, MARICELA CANTU, KITTY LONG, MARY LOU PEREZ, NAOMI MADRID, JOE MADRID, ROBERT J. RIVERA, GAIL M. NESBIT, JEFFREY G. DOMINIGUE, PALMIRA REYNOSO, JOSE REYNOSO, LORI L. TOOKER, MELISSA K. WYKSTRA, SHIRLEY HILL, LAVERNE MITCHELL, HUN SUH, JAMES DODD, CHRISTINE DODD, MICHAEL GRADY, and JOAN GRADY,**

**Plaintiffs,**

**v.**

**STEPHEN C. LOUGHLIN, JAMES LOUGHLIN, TIMOTHY J. LARSON, JANET GIBSON, KIM LEAVELL, DANA LOUGHLIN,**

**Defendants.**

**Civil No. 00-331(DSD/SRN)**

**O R D E R**

---

Aaron A. Dean, on behalf of Movant Fabyanske, Westra & Hart, P.A..

No other appearances.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the before the undersigned Magistrate Judge of District Court on July 20, 2000, on a motion by the law firm of Fabyanske, Westra & Hart, P.A., (FWH), local counsel for the Plaintiffs,

FILED AUG 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

to withdraw as local counsel pursuant to Rule 83.7 of the Local Rules for the United States Court for the District of Minnesota (Local Rules). Initially FWH moved to withdraw as local counsel pursuant to Local Rule 83.7(c), having not secured substitute counsel. However, subsequent to the hearing on this motion FWH caused to be filed on August 18, 2000, a Substitution of Local Counsel for Plaintiffs (Doc. No. 18), informing the Court that pursuant to Local Rule 83.7(b) Charles Amdahl, Esq. has been substituted in the place of FWH as local counsel for Plaintiffs in the above-captioned matter. See id. Mr. Amdahl certifies that his substitution as local counsel will not delay the trial or otherwise delay the progress of this matter. Id.

Accordingly, pursuant to Local Rule 83.7(b) which provides, inter alia, that leave of the Court is not required where a Notice of Withdrawal is accompanied by a Substitution of Counsel; and that the withdrawal shall be effective upon filing the Notice of Substitution with the Clerk of Court and served upon all counsel of record, this Court grants the motion of Fabyanske, Westra & Hart, P.A. to withdraw as local counsel for the Plaintiffs with the substitution of Charles Amdahl as local counsel for the Plaintiffs in this matter.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1) The motion by the law firm of Fabyanske, Westra & Hart, P.A. to

withdraw as local counsel for the Plaintiffs in this matter (Doc. No. 12) is **GRANTED WITH THE SUBSTITUTION OF CHARLES AMDAHL, ESQ., AS LOCAL COUNSEL FOR PLAINTIFFS**.

August 28, 2000.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge