UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jessica Jones, et al.,

Plaintiffs,

vs.

Stephen C. Loughlin, et al.,

Defendants.

Civil 00-331 DSD/SRN

**O R D E R**

---

Plaintiffs Jessica Jones, et al., through their counsel, state that they have stipulated with defendant Janet Gibson Minks, *pro se* (although her signature does not appear on the stipulation) to indefinitely extend the time in which Ms. Minks may answer or otherwise respond to the Complaint. Plaintiffs' counsel represents to the Court that the parties are engaged in settlement discussions and require this additional time to further their efforts.

This Complaint was served on all defendants on February 22, 2000, and none of the defendants have thus far filed an answer or otherwise plead to the Complaint. Given the significant passage of time since the service of the Complaint on the defendants, the Court denies this "stipulation" to indefinitely extend the time in which the defendant Janet Gibson Minks, *pro se*, may answer or otherwise plead. The Court will grant Ms. Minks an extension of an additional 30 days in which to answer or otherwise respond to the Complaint.

SEP 21 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: September 20, 2000.

Susan Richard Nelson
United States Magistrate Judge