**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**JESSICA JONES, JOSEPH ANTHONY, LORRAINE BRATTON, EDDIE CANTU, MARICELA CANTU, KITTY LONG, MARY LOU PEREZ, NAOMI MADRID, JOE MADRID, ROBERT J. RIVERA, GAIL M. NESBIT, JEFFREY G. DOMINIGUE, PALMIRA REYNOSO, JOSE REYNOSO, LORI L. TOOKER, MELISSA K. WYKSTRA, SHIRLEY HILL, LAVERNE MITCHELL, HUN SUH, JAMES DODD, CHRISTINE DODD, MICHAEL GRADY, and JOAN GRADY,**

**Civil No. 00-331(DSD/SRN)**

**Plaintiffs,**

**v.**

**STEPHEN C. LOUGHLIN, JAMES LOUGHLIN, TIMOTHY J. LARSON, JANET GIBSON, KIM LEAVELL, DANA LOUGHLIN,**

**Defendants.**

**O R D E R**

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on a letter request by Andrew Radding, Esq., counsel for Plaintiffs in this matter, for an extension of thirty days beyond the time specified in this Court's September 20, 2000 Order in which to either move for an entry of default or furnish good cause in writing for failure to do so, or take other action to bring this case to a conclusion.

FILED OCT 0 3 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

The Court grants Mr. Radding's request, and extends by thirty days all deadlines set forth in the September 20th Order. This will, however, be the only such extension granted.

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1) The letter request by Andrew Radding, Esq., counsel for Plaintiffs, for a thirty day extension of all deadlines contained in this Court's Order dated September 20, 2000, (no Doc. No) is **GRANTED** on this sole occasion.

October ______, 2000.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge