UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jessica Jones, *et al.*,
*Plaintiffs*,

v.

Stephen C. Loughlin, *et al.*
*Defendants*

*Case No.* CV-00-331 DSD/SRN

VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs hereto, by their undersigned counsel, hereby voluntarily dismiss the above-captioned case as to the following defendants: Stephen C. Loughlin, James Loughlin, Janet Gibson Minks, Kim Leavell and Dayna Loughlin.

Respectfully submitted,

Michael S. Glushakow
201 N. Charles St., #1717
Baltimore, MD 21201

Andrew Radding
Adelberg, Rudow, Dorf, Hendler & Sameth, LLC
600 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201

/s/
Charles [illegible]dahl
333 Washington Ave. North
Union Plaza, Suite 349
Minneapolis, MN 55401

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th Day of October, 2000, I mailed a copy of the foregoing Voluntary Dismissal by regular mail, postage prepaid, to Timothy J. Larson, 3823 Riverton Ave., Eagan, MN 55122; Janet Gibson Minks, 3617 Gaitland Circle, Flower Mound, TX 75022; and Michael Weinstock, Esq., Weinstock & Scavo, P.C., 3405 Piedmont Rd., N.E., Atlanta, GA 30305.

Michael S. Glushakow

So ordered:

~~Susan Richard Nelson~~
United States ~~Magistrate Judge~~

Date:

FILED OCT 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

TOTAL P.01